IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL A. LAWRENCE,

    Plaintiff,

v.                          Case No. 4:16cv306-MW/CAS

SCOTT MILLER, et al.,

    Defendants.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED** without prejudice." The Clerk shall close the file.

    **SO ORDERED on September 20, 2016.**

                                          s/Mark E. Walker           ____
                                          United States District Judge